AUSA:     Rawsthorne          Telephone:  (810) 766-5177
Special Agent:    Christensen          Telephone:  (313) 965-2323

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

   v.

Jacob David Sampson,

Case No.   4:26-mj-30441
Judge: Ivy, Curtis
Filed: 07-21-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 2024-July 21, 2026 _____ in the county of _____ Livingston _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession and access with intent to view child pornography |

This criminal complaint is based on these facts:

There is probable cause to believe that Jacob David Sampson has received child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A) and has possessed and accessed with intent to view child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Christensen, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __ July 21, 2026 _____

_____
*Judge's signature*

City and state:  Bay City, MI

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
## A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### Introduction and Agent Background

1.      I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in over 100 child- exploitation investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

2.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for **Jacob David Sampson** for violations of 18 U.S.C. §§ 2252A(a)(2)(A), receipt of child pornography and 2252A(a)(5)(B), possession and access with intent to view child pornography.

3.      The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law

1

enforcement agents, information gathered from investigative sources of information, and my experience, training and background as a Special Agent.

4. This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included every fact I know about this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Sampson** has violated 18 U.S.C. § 2252A.

## Probable Cause

5. On May 26, 2026, FBI Child Exploitation Operational Unit provided information regarding an individual who utilized multiple accounts to receive and distribute child pornography on the smartphone application Kik. NCMEC CyberTip Report number 206637911 was issued by Kik on February 21, 2025. The report details that a Kik account with username "bobsmith****" had uploaded twelve videos between February 14, 2025, and February 15, 2025, which appeared to depict child pornography. The email address associated with the account was "bobsmith23****@gmail.com". The IP address 71.82.75.154 was used to log into the account from February 15, 2025, to February 17, 2025. IP address 69.2.19.110 was used to log into the account from February 14, 2025, to February 15, 2025. The only other IP addresses listed that logged into the account appear to be from Verizon Wireless, a cell phone provider. I have received the twelve videos that were uploaded by Kik user "bobsmith****" and have been able to review them. Some of them are

duplicate files to each other. They all depict minors engaged in sex acts and therefore meet the Federal definition of child pornography.

6.      NCMEC CyberTip Report number 209365172 was issued by Kik on April 14, 2025. The report details that a Kik account with username "bobsmith23****" had uploaded five videos on April 5, 2025, that appeared to depict child pornography. The email address associated with the account was "sampson****@gmail.com[1]". The IP addresses used to log into account were 71.82.75.154 from April 5, 2025, to April 11, 2025, and 69.2.19.110 from April 5, 2025, to April 10, 2025. The only other IP addresses listed as logging into the account appear to be from Verizon Wireless, a cell phone provider. I have received the five videos that were uploaded by Kik user "bobsmith23****" and have been able to review them. Some of these were identical to the videos described above that were uploaded by Kik user "bobsmith****". They depicted minors engaged in sex acts and therefore meet the Federal definition of child pornography.

7.      Open-source information showed that IP address 69.2.19.110 was assigned to an auto dealership in Michigan. IP address 71.82.75.154 is owned by Charter Communications. A subpoena was served on Charter requesting the subscriber information for IP address 71.82.75.154. Charter indicated that the

---

[1] The digits for the email address are known to law enforcement.  Both the email addresses belonging to Google and AOL that start with the name "sampson" have the same digits in them.

subscriber was **Jacob Sampson** at a residence in Howell, Michigan. A telephone number ending in 6695, was associated with Sampson's account with Charter in addition to email address "sampson****@aol.com".

8.      On May 29, 2026, I requested NCMEC query their databases for any additional CyberTip reports related to the identifiers detailed above, including IP address   71.82.75.154,   email   addresses   "sampson****@gmail.com", "sampson****@aol.com",   and   "bobsmith23****@gmail.com".   NCMEC responded that three additional CyberTip reports had been located related to these identifiers.

9.      NCMEC CyberTip Report number 135850362 was reported by Dropbox on October 2, 2022. It details that a Dropbox account associated with email address "sampson****@aol.com" had uploaded a video on October 2, 2022, that appeared to by child pornography. Dropbox categorized the video as being a prepubescent minor engaged in a sex act, similar to the videos described above. I was not able to receive this video and review it to determine if it meets the Federal definition of child pornography. Dropbox provided the associated username for the account as "Jake Smith". The IP addresses associated with this account all appear to be residential or business internet service accounts, or from cellular service to a cell phone.

10.     NCMEC CyberTip Report number 194067156 was reported by

4

Dropbox on May 22, 2024. It details that a Dropbox account associated with email address "sampson****@gmail.com" had uploaded a video on May 22, 2024, that appeared to be child pornography. Dropbox provided the associated username for the account as "jake sampson". The IP addresses associated with this account all appear to be residential or business internet service accounts, or from cellular service to a cell phone. I have received the video that was uploaded by Dropbox user with email address "sampson****@gmail.com" and have been able to review it. It shows a prepubescent minor female lying nude on blue sheets exposing her vagina and an adult male penis being inserted into her anus. This video meets the Federal definition of child pornography.

11.     NCMEC CyberTip Report number 212939818 was reported by Kik on May 30, 2025. It details that a Kik account with username "bobsmith09****" had uploaded a video on May 30, 2025, that appeared to be child pornography. Kik provided that the associated email address for the Kik account was "timb****@gmail.com" and that the IP addresses used to log into the account, which were all from 71.82.75.154 from May 15, 2025, to May 24, 2025. I have received the video uploaded by Kik user "bobsmith09****" and have been able to review it. It is a duplicate of one of the videos previously seen uploaded by Kik user "bobsmith23****". It depicts a minor female lying nude on pink and blue sheets displaying her vagina and holding a cell phone while an adult male penis is inserted

5

into her anus. This video meets the Federal definition of child pornography.

12.    Based on multiple associated Kik accounts using variations of the username bobsmith, I requested the FBI liaisons to NCMEC to search for any other CyberTip Reports from Kik associated with this name. An additional report, CyberTip Report number 194916317 was found. This report was made by Kik on June 10, 2024. It details that a Kik account with username "bob0909****" had uploaded twelve videos between April 13, 2024, and April 29, 2024, that appeared to be child pornography. Kik provided the email address associated with the account as "bobsmith****@gmail.com". I have received the twelve videos that were uploaded by Kik user "bob0909****" and have been able to review them. They depict a minor engaged in sex acts, one of which depicted an infant having a male penis inserted into their anus. These videos meet the Federal definition of child pornography.

13.    A subpoena was served on AOL requesting subscriber information for the email address "sampson****@aol.com," the email associated with one of the Dropbox accounts that uploaded child pornography and with the internet service through Charter at the Howell, Michigan residence of Sampson. AOL reported that the subscriber was **Jacob D. Sampson** with an associated telephone number of ending 6695. It also included a log of IP addresses used to log in to the account which included IP address 97.94.69.236 from November 22, 2025, to May 26, 2026,

6

69.2.19.110 from May 28, 2025, to April 13, 2026, and 71.82.75.154 from May 29, 2025, to November 13, 2025. These last two IP addresses were detailed above and associated with some of the Kik accounts.

14. A subpoena was served on Google requesting subscriber information for the email address "sampson****@gmail.com", the other email address associated with a Dropbox account the uploaded child pornography and one of the Kik accounts, bobsmith23****, that uploaded child pornography. Google responded with information that showed the subscriber was **Jake Sampson**. The billing information showed that the name associated was **Jacob Sampson** and had an associated telephone number ending 6695. It also included a log of IP addresses used to log in to the account which included IP address 97.94.69.236 from November 22, 2025, to June 3, 2026, 69.2.19.110 from October 22, 2025, to March 19, 2026, and 71.82.75.154 from September 6, 2025, to November 8, 2025.

15. A subpoena was served on Google requesting subscriber information for the email address "bobsmith****@gmail.com", one of the email addresses associated with the Kik account "bob0909****" that uploaded child pornography. Google responded with information that listed the subscriber as Bob Smith. Two of the IP addresses previously discussed above, IP addresses 97.94.69.236 and 71.82.75.154 were used to log in to the account on June 3, 2026, and October 11, 2025, respectively.

7

16.     Open-source information showed that the IP address 97.94.69.236, not previously detailed above, was owned by Charter. A subpoena was served on Charter requesting subscriber information for this IP address. Charter reported that the subscriber was the same account as that for IP address 71.82.75.154, **Jacob Sampson** at his Howell, Michigan residence. This establishes that, although the IP address has changed, the user of these accounts appears to still be residing at the same residence in Howell, Michigan.

17.     Based in part on the information provided above a search warrant for **Sampson**'s residence was authorized in the Eastern District of Michigan and executed on July 21, 2026. **Sampson** was present at the residence with his wife and three children, ages 3, 6, and 9.  **Sampson** voluntarily agreed to be interviewed and provided information that he had first seen child pornography in approximately 2017 and had last viewed child pornography images and videos last night.  **Sampson** admitted that he used to save child pornography images and videos and had uploaded these files to his Dropbox associated with his personal email address, sampson****@aol.com. **Sampson** recalled using the username bobsmith on Kik. Although he initially stated that he did not recall using Kik to look at child pornography, he later stated that he used both Kik and Telegram to find child pornography from other users.  **Sampson** currently downloads an Onion web browser to access "dark net" sites on The Onion Router (TOR).  He did not recall

8

the site he typically visits but knew it had the word "chat" in it.  There he views child pornography images and videos and masturbates to them.  **Sampson** stated that his sexual interest in children was primarily female children ages 6 to 13 years old.

### Conclusion

18.    Based on the foregoing, there is probable cause to believe that **Jacob David Sampson** has received child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A) and has possessed and accessed with intent to view child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and I respectfully request this Court issue a criminal complaint and arrest warrant for him.

Respectfully submitted,

_____
Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 21st day of July, 2026.

_____
Hon. Patricia T. Morris
United States Magistrate Judge

9