UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

JACOB DAVID SAMPSON,

                    Defendant.

Case: **4:26−cr−20488**
Assigned To : **Kumar, Shalina D.**
Referral Judge: **Ivy, Curtis, Jr**
Assign. Date : **7/29/2026**
Description: **INDI USA V SAMPSON (DA)**

---

## INDICTMENT

---

**THE GRAND JURY CHARGES:**

### COUNT ONE
18 U.S.C. § 2251(a) and (e)
*Sexual Exploitation of Children*

On or about July 18, 2026, in the Eastern District of Michigan, the defendant, JACOB DAVID SAMPSON, knowingly employed, used, persuaded, induced, enticed, and coerced MV-1, a minor born in 2019, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and the visual depiction was

1

produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO
18 U.S.C. § 2252A(a)(2)
*Receipt and Distribution of Child Pornography*

Beginning on or about April 13, 2024 and continuing through on or about July 21, 2026, in the Eastern District of Michigan, the defendant, JACOB DAVID SAMPSON, knowingly received and distributed child pornography, as defined in 18 U.S.C. § 2256(8)(A), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT THREE
18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

On or about July 21, 2026, in the Eastern District of Michigan, the defendant, JACOB DAVID SAMPSON, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8), which had been mailed, shipped, and transported using a

2

means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION
### (18 U.S.C. § 2253)

Upon conviction of Counts One, Two, and/or Three alleged in this Indictment, JACOB DAVID SAMPSON, shall, pursuant to 18 U.S.C. § 2253, forfeit to the United States the following:

i.   Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

ii.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred to, sold to, or deposited with a third party;

    c.      has been placed beyond the jurisdiction of this Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above described forfeitable property.

**THIS IS A TRUE BILL.**          s/ GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

*s/ANTHONY P. VANCE*          *s/CHRISTOPHER W. RAWSTHORNE*
ANTHONY P. VANCE          CHRISTOPHER W. RAWSTHORNE
Chief, Branch Offices          Assistant United States Attorney
          Christopher.Rawsthorne@usdoj.gov
          P84401

Dated: July 28, 2026          s/KATHERINE BOOTHROYD
          Katherine Boothroyd
          Assistant United States Attorney
          Katherine.Boothroyd@usdoj.gov
          P85881

**Companion Case information MUST be completed by AU**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov**ⅰ |
|---|---|

Case: **4:26-cr-20488**
Assigned To : **Kumar, Shalina D.**
Referral Judge: **Ivy, Curtis, Jr**
Assign. Date : **7/29/2026**
Description: **INDI USA V SAMPSON (DA)**

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** _KGB_ |

**Case Title:** USA v. _Jacob David Sampson_

**County where offense occurred :** _Livingston_

**Check One:**   ☑ **Felony**       ☐ **Misdemeanor**       ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__X__Indictment/____Information --- based upon prior complaint [**Case number:** _26-mj-30441_ ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 29, 2026
Date

Christopher W. Rawsthorne
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Christopher.Rawsthorne@usdoj.gov
P84401

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013